PROST, Chief Judge, DYK and WALLACH, Circuit Judges, concur in the denial of the petition for rehearing en banc.
*1224 MOORE, Circuit Judge, with whom NEWMAN, O’MALLEY, and TARANTO, Circuit Judges, join, and with whom CHEN, Circuit Judge, joins with respect to parts I and II, concurs in the denial of the petition for rehearing en banc.
O’MALLEY, Circuit Judge, with whom REYNA, Circuit Judge, joins, dissents from the denial of the petition for rehearing en banc.
ORDER
PER CURIAM.
Cross-Appellant The Dow Chemical Company filed a combined petition for rehearing and rehearing en banc. A response to the petition was invited by the court and filed by the Appellants NOVA Chemicals Corporation (Canada) and NOVA Chemicals Inc. (Delaware). The petition and response were referred to the panel that heard the appeal, and thereafter were referred to the circuit judges who are in regular active service. A poll was requested, taken, and failed.
Upon consideration thereof,
It Is ORDERED That:
The petition for panel rehearing is denied.
The petition for rehearing en banc is denied.
The mandate of the court will be issued on December 28, 2015.